**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| BAYLOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE BRAND, LLC AND SPORTSWEAR INC. DBA PREP SPORTSWEAR, and CHAD HARTVIGSON,<br><br>Defendants. | ) | Civil Action No. 6:21-cv-409-ADA<br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATED FACTS**

Pursuant to Local Rule 16(f), the parties in the above-captioned matter submit the following list of stipulated facts:

1. Vintage Brand is a Washington LLC formed in 2017 with three members and no employees.
2. Sportswear, Inc. ("Sportswear") is a Washington corporation.
3. Chad Hartvigson is a founder, minority owner, and the CEO of Sportswear.
4. Chad Hartvigson is a founder, majority owner, and manager of Vintage Brand.
5. Baylor University ("Baylor") is a private university located in Waco, Texas.
6. Visitors may arrive at Vintage Brand's website at the Home Page, directly at a Team Page, directly at a product page, or at other pages on the website.
7. The gross revenue from items bearing the images at issue in this case was approximately $10,000.

Dated: September 5, 2023

STOKES LAWRENCE, P.S.

*/s/ Theresa H. Wang*
John T. Fetters (admitted *pro hac vice*)
Bradford J. Axel (admitted *pro hac vice*)
Leslie C. VanderGriend (admitted *pro hac vice)*
Theresa H. Wang (admitted *pro hac vice*)
Valerie A. Walker (admitted *pro hac vice*)
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Tel: (206) 626-6000
Fax: (206) 464-1496
Email: John.Fetters@stokeslaw.com
Email: Bradford.Axel@stokeslaw.com
Email: Leslie.VanderGriend@stokeslaw.com
Email: Theresa.Wang@stokeslaw.com
Email: Valerie.Walker@stokeslaw.com

Sherri Wilson (Texas Bar No. 24075291)
WILSON IP LAW PLLC
2907 S. Congress Avenue, Suite E-211
Austin, TX 78704
Tel: (737) 295-7110
Fax: (737) 284-2287
Email: swilson@wilsoniplegal.com

ATTORNEYS FOR DEFENDANTS VINTAGE BRAND, LLC, SPORTSWEAR INC. DBA PREP SPORTSWEAR, AND CHAD HARTVIGSON

PIRKEY BARBER PLLC

*/s/ Wendy C. Larson*
Wendy C. Larson (Texas Bar No. 24055820)
Elizabeth M. Stafki (Texas Bar No. 24086835)
David E. Armendariz (Texas Bar No. 24082636)
Giulio E. Yaquinto (Texas Bar No. 24107292)
1801 E. Sixth Street, Suite 300
Austin, TX 78702
Tel: (512) 322-5200
Fax: (512) 322-5201
Email: wlarson@pirkeybarber.com
Email: estafki@pirkeybarber.com
Email: darmendariz@pirkeybarber.com
Email: gyaquinto@pirkeybarber.com

ATTORNEYS FOR PLAINTIFF BAYLOR UNIVERSITY

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and the Local Rules, I hereby certify that all counsel of record who have appeared in this case are being served on September 5, 2023 with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Theresa H. Wang*
Theresa H. Wang